UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER LEO ALAN MUSCHIANA,

        Plaintiff,

v.                                          Case No. 11-12438
                                                Honorable Julian Abele Cook, Jr.
COMMISSIONER OF
SOCIAL SECURITY

        Defendant.

ORDER

      This case involves a complaint by the Plaintiff, Roger Muschiana, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to the Magistrate Judge for evaluation. In a report on August 20, 2012, the Magistrate Judge recommended that this Court (1) grant the Commissioner's motion for summary judgment, and (2) deny Muschiana's motion for summary judgment. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

      IT IS SO ORDERED.

Date: September 26, 2012          s/Julian Abele Cook, Jr.
                                                             JULIAN ABELE COOK, JR.
                                                             U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 26, 2012.

                                                                                s/ Kay Doaks
                                                                                Case Manager